IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

OLIVIA SALINAS,

    Plaintiff,

v.                                          C.A. No.: 2:21-cv-81

ROSE MEDICAL MANAGEMENT, LLC,
D/B/A ROSE MEDICAL MANAGEMENT,
and J. KEITH ROSE,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice that the above-captioned matter has been settled.

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on December 1, 2021, the foregoing was filed via the Court's CM/ECF system, which will serve a copy upon all counsel of record.

*/s/ Charles L. Scalise*
**CHARLES L. SCALISE**
Texas Bar No. 24064621
**ROSS • SCALISE LAW GROUP**
Texas Bar No. 00789810
1104 San Antonio St.
Austin, Texas 78701
Ph:   800-634-8042
Ph:   512-474-7677
Fax:  512-474-5306
charles@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**