United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| OLIVIA SALINAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00081 |
| | § | |
| ROSE MEDICAL MANAGEMENT, LLC, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Dismissing Suit (D.E. 17), the Court enters final judgment dismissing this action with prejudice.

ORDERED on December 7, 2021.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE